UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN GANNON,
    Plaintiff,

vs.                      CASE NO. 8:15-CIV-718-T-EAK-TBM

SANTANDER CONSUMER USA, INC.,
    Defendant.
_____/

## AGREED ORDER DISMISSING CASE

This cause is before the Court on the Stipulation to Arbritrate (Doc. 8). It is therefore ORDERED, ADJUDGED and DECREED that: 1. Plaintiff will advance her claims asserted in this lawsuit as provided for in the governing Arbitration Agreement, 2. This case is dismissed, with each party to bear its own fees and costs, and 3. The Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of May, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record

AGREED AS TO FORM AND CONTENT:
*s/ Octavio "Tav" Gomez*
Octavio "Tav" Gomez, Esquire
Florida Bar No. 338620
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4725
Tgomez@forthepeople.com
Attorney for Plaintiff

LYNN GANNON
*s/ R. Frank Springfield*
R. Frank Springfield
Florida Bar No. 0010871
Jacqueline Simms-Petredis
Florida Bar No. 0906751
BURR & FORMAN LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
fspringf@burr.com
jsimms-petredis@burr.com